**Demond Maurice MIMMS,**
**Plaintiff—Appellant,**

v.

**James PETRUCELLI; et al.,**
**Defendants—Appellees.**

**No. 05–15658.**

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 13, 2006.*

Filed Feb. 17, 2006.

Demond Maurice Mimms, Corcoran, CA, pro se.

Before: FERNANDEZ, RYMER, and BYBEE, Circuit Judges.

MEMORANDUM **

Demond Maurice Mimms, a California state prisoner, appeals pro se from the district court's order dismissing his 42 U.S.C. § 1983 action alleging that defendants sentenced him to an unconstitutional prison term. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo, *Barren v. Harrington*, 152 F.3d 1193, 1194 (9th Cir.1998) (order), and we affirm.

The district court properly dismissed Mimms's action because his challenge concerns the legality of his detention, and a

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

judgment in his favor would necessarily imply the invalidity of his continued confinement. *See Heck v. Humphrey,* 512 U.S. 477, 487, 114 S.Ct. 2364, 129 L.Ed.2d 383 (1994).

**AFFIRMED.**

**AFFIRMED.**

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.